No. 10–6863.  IN RE SIMS.  Petition for writ of prohibition denied.

No. 09–11234.  MAZARIEGOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 09–11376.  GUIDRY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 09–11480.  DAY v. MINNESOTA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–122.  NORTH STAR ALASKA HOUSING CORP. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 10–149.  BAJALA v. HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–233.  PORCH v. GARRISON.  C. A. 3d Cir.  Certiorari denied.

No. 10–240.  NILSEN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–332.  MCGUAN ET AL. v. ENDOVASCULAR TECHNOLOGIES, INC., ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 10–337.  FAYUS ENTERPRISES ET AL. v. BNSF RAILWAY CO. ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–402.  TUCK-IT-AWAY, INC., ET AL. v. NEW YORK STATE URBAN DEVELOPMENT CORP., DBA EMPIRE STATE DEVELOPMENT CORP.  Ct. App. N. Y.  Certiorari denied.

No. 10–451.  ROSS v. ORANGE COUNTY BAR ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–470.  RUSTON ET UX. v. TOWN BOARD FOR THE TOWN OF SKANEATELES ET AL.  C. A. 2d Cir.  Certiorari denied.